JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRA CASTRO,<br><br>    Plaintiff,<br><br>    v.<br><br>LEE DUDEK, Acting Commissioner of Social Security,<br><br>    Defendant. | No. 2:24-cv-09591-SHK<br><br>[~~PROPOSED~~] JUDGMENT |

    Having approved the parties' joint stipulation to voluntary remand pursuant to sentence four of 42 U.S.C. § 405(g) and to entry of judgment, THE COURT ADJUDGES AND DECREES that judgment is entered for Plaintiff.

Date: 4/10/2025

_____
HON. SHASHI H. KEWALRAMANI
United States Magistrate Judge

-1-